**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER

# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 5, 2015

Hon. Roberto D. Puente
Attorney at Law
1315 W. Polk, Ste. 24
Pharr, TX 78577
* DELIVERED VIA E-MAIL *

Hon. Ricardo P. Rodriguez
Hidalgo County District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-15-00166-CR
Tr.Ct.No.  CR-3747-14-H
Style:     Jorge Luis Gonzalez v. The State of Texas


Appellant's motion for leave to file brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of July 31, 2015, the date of receipt.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch